UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:10-CR-46-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| LATORY MARFRIA RHINES | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion to Withdraw [DE-28] of the following pre-trial motions: Motion to Compel Early Production of Grand Jury Testimony [DE-23]; Motion for Bill of Particulars [DE-25]; Motion to Dismiss [DE-26]; Motion to Reveal [DE-21]; Motion for Disclosure of Participating Informers [DE-27]; Motion to Preserve Evidence [DE-22]; Motion in Limine [DE-24]; and Motion for Disclosure [DE-20]. For GOOD CAUSE SHOWN, Defendant's Motion to Withdraw [DE-28] is ALLOWED.

SO ORDERED.

This, the 30th day of November, 2010.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge