UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:10-CR-46-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| LATORY MARFRIA RHINES, | ) | |
| Defendant. | ) | |

The defendant's Motion for Modification of Sentence [DE-51] is DENIED. This case currently is on direct appeal in the Fourth Circuit Court of Appeals.

SO ORDERED.

This, the 26th day of July, 2011.

*[signature]*
JAMES C. FOX
Senior United States District Judge