IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:10-CR-00046-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LATORY MARFRIA RHINES, | ) | |
| Defendant. | ) | |

This matter is before the court on Latory Marfria Rhines' Motion for Relief [DE-114]. In his motion, Rhines requests a year off his sentence. *Id.* at 1.

The court's authority to modify a sentence is extremely narrow. There are only three circumstances in which modification is allowed: (1) upon motion of the Director of the Bureau of Prisons; (2) as permitted by statute or Federal Rule of Criminal Procedure 35; and (3) where the relevant sentencing guidelines have changed since sentence was imposed. *See* 18 U.S.C. § 3582(c)(1)(A), (1)(B), and (2). Rhines has failed to show that any of these three circumstances are present. Consequently, Rhines' Motion for Relief [DE-114] is DENIED.

SO ORDERED.

This the 14 day of December, 2016.

James C. Fox
JAMES C. FOX
Senior United States District Judge